UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RECHE M. KINSEY,

    Plaintiff,

v.                                  Case No.: 8:06-CV-1952-T-24MSS

R. JAMES NICHOLSON,
SECRETARY, DEPARTMENT OF
VETERANS AFFAIRS AGENCY,

    Defendant.
_____/

## ORDER

    This cause comes before the Court on Plaintiff's Motion for Arbitration and Plaintiff's Motion for In Forma Pauperis Proceeding (which this Court construes as a motion to appoint an attorney). (Doc. No. 22). Upon consideration, the Court denies Plaintiff's motion for arbitration, as the Court finds that Court-ordered arbitration is not appropriate in this matter. With regards to Plaintiff's request for the Court to appoint him an attorney, the Court has already considered and denied this request. (Doc. No. 15).

    Accordingly, it is ORDERED AND ADJUDGED that Plaintiff's Motion for Arbitration and Plaintiff's construed motion to appoint an attorney (Doc. No. 22) are **DENIED**.

    **DONE AND ORDERED** at Tampa, Florida, this 16th day of March, 2007

*[signature: Susan C. Bucklew]*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Pro Se Plaintiff
Counsel of Record