UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RECHE M. KINSEY,

    Plaintiff,

v.                                                  Case No.: 8:06-CV-1952-T-24MSS

R. JAMES NICHOLSON,
SECRETARY, DEPARTMENT OF
VETERANS AFFAIRS AGENCY,

    Defendant.
_____/

## ORDER

This cause comes before the Court on Defendant's Motion to Strike. (Doc. No. 33). Plaintiff has not filed a response in opposition.

Defendant moves to strike Plaintiff's Response to Defendant's Answer and Affirmative Defenses and First Set of Plaintiff's Interrogatories. (Doc. No. 32). Plaintiff has informed Defendant that he does not oppose the motion to strike to the extent that Defendant seeks to strike the interrogatories. As such, that portion of Plaintiff's filing is stricken.

Defendant moves to strike Plaintiff's response to Defendant's answer, arguing that it is an unauthorized reply under Federal Rule of Civil Procedure 7(a). The Court agrees that this filing is unauthorized under the Federal Rules. Furthermore, Federal Rule of Civil Procedure 12(f) provides that the Court can order that any immaterial matter be stricken from a pleading, and the Court finds Plaintiff's response to Defendant's answer to be an immaterial filing that should be stricken.

Accordingly, it is ORDERED AND ADJUDGED that Defendant's Motion to Strike

(Doc. No. 33) is **GRANTED**, and the Clerk is directed to strike Plaintiff's Response to Defendant's Answer and Affirmative Defenses and First Set of Plaintiff's Interrogatories (Doc. No. 32) from the docket.

  **DONE AND ORDERED** at Tampa, Florida, this 18th day of June, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Pro Se Plaintiff
Counsel of Record